IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROY VINKEMEIER, | : |
| Plaintiff, | : |
| vs. | : |
| | : Case No.: 13-CV-5934 (VSB) |
| JACO FINANCIAL LLC, | : |
| JACK AUGSBACH, | : ECF CASE |
| TRINITY ASSET SERVICES a/k/a | : |
|    TRINITY ASSET SERVICES. COM., | : |
| JUROJIN INCORPORATED and | : |
| MARSHALL KLEIN, | : NOTICE OF MOTION FOR |
| | : AN ORDER PERMITTING |
| Defendants. | : ALTERNATE AND SUBSTITUTE |
| | : SERVICE PURSUANT TO |
| And | : F.R.C.P. 4 SO AS TO AVOID |
| | : DISMISSAL OF NON-APPEARING |
| BROWN BROTHERS HARRIMAN and | : DEFENDANTS |
| BROWN BROTHERS HARRIMAN TRUST | : |
|   COMPANY, N.A., | : |
| Relief Defendants. | : |

---

PLEASE TAKE NOTICE that, upon the Declaration of Paul W. Verner, Esq. dated September 29, 2014, with exhibits attached thereto, the accompanying memorandum of law, and all prior papers, pleadings, and proceedings in this action, Plaintiff, ROY VINKEMEIRER, by his undersigned attorneys, Verner Simon, will move on a date convenient to this Court, before the Honorable Vernon S. Broderick, in Courtroom 518 at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, that the Court resolve the Court's *sua sponte* Order to Show Cause dated September 16, 2014 (DE#26) by issuing an Order pursuant to Fed. R. Civ. P. 4, permitting service of the Summons and Complaint on or before October 15, 2014 upon the following non-appearing Defendants in the follows specified manners:

1. Defendant, JACO FINANCIAL LLC, now defunct and revoked, upon its former registered agent, Business Filings Incorporated, Carson City, NV;

2. Defendant, JACK AUGSBACH, deceased, by service by service upon the Estate of Jack Augsbach which is currently believed to be maintained by his sister in Palm Beach County Florida;

3. Defendant, TRINITY ASSET SERVICE, INC., by publication as specified herein and by substituted service to its web service provider;

4. Defendant, JUROJIN INCORPORATED, by service upon its broker/clearing house and the client of Brown Brothers, SIX SIS AG, a/k/a SIX Securities Services, in that the subject Gatekeeper USA Inc. stock and money proceeds are now resident in New York with Brown Brothers (which consensually holds them frozen pending further order of this Court); and

5. Defendant, MARSHALL KLEIN, by publication as specified herein;

and

6. granting such other and further relief as this Court deems just and proper.

Dated:   New York, New York
         September 29, 2014

                              Respectfully submitted,

                              */s/Paul W. Verner*
                              Paul W. Verner
                              VERNER SIMON
                              *Attorney for Plaintiff,*
                              *ROY VINKEMEIER*
                              30 Wall Street, 8th F10or
                              New York, NY 10005
                              Tel: (212) 502-5500
                              Fax: (212) 502-5400
                              Email: pwverner@vernerlaw.com